GARTECH ELECTRICAL CONTRACTING CORP., Respondent, v COASTAL ELECTRIC CONSTRUCTION CORP., Appellant.

Submitted January 4, 2010; decided February 16, 2010

Motion to dismiss appeal granted and appeal dismissed with $400 costs and $100 costs of motion upon the ground that the

two-Justice dissent at the Appellate Division is not on a question of law (*see* CPLR 5601 [a]).